THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cv-92-D

| | |
|---|---|
| **ORMOND OIL & GAS COMPANY, INC.,** | )<br>)<br>) |
| Appellant, | )<br>) |
| v. | )<br>) |
| **STEPHEN E. CREECH, and EDNA B. CREECH,** | )<br>)<br>) |
| Appellees. | )<br>) |

## STIPULATION OF DISMISSAL

The Appellant Ormond Oil & Gas Company, Inc., and Appellees Stephen E. Creech and Edna B. Creech, stipulate and agree that the above referenced proceeding be dismissed with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023, that the parties will be responsible for their respective attorney's fees, and that any other costs incurred in this appeal shall be borne by the Appellant.

This the 28th day of September, 2015.

For Appellant:

/s/ Travis Sasser
Travis Sasser
SASSER LAW FIRM
2000 Regency Parkway, Suite 230
Cary, NC 27518
Attorney for Appellant
T: 919.319.7400
tsasser@carybankrupty.com

For Appellees:

/s/ J.M. Cook
J.M. Cook
J.M. Cook, P.A.
5886 Faringdon Place, Suite 100
Raleigh, NC 27609
Attorney for Appellees
T: 919 675-2411
J.M.Cook@jmcookesq.com

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Stipulation of Dismissal was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission:

Appellees Stephen E. Creech and Edna B. Creech
c/o J.M. Cook, Esq.,
***Served electronically via CM/ECF***

I certify under penalty of perjury that the foregoing is true and correct.

This the 28th day of September, 2015.

                                              By: s/ Travis Sasser
                                              Travis Sasser
                                              State Bar No. 26707
                                              Attorney for Appellant
                                              SASSER LAW FIRM
                                              2000 Regency Parkway, Suite 230
                                              Cary, N.C. 27518
                                              Telephone: 919.319.7400